**UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

| | |
|---|---|
| ECOLAB INC. and<br>ECOLAB USA INC.,<br><br>       Plaintiffs,<br><br>vs.<br><br>INTERNATIONAL CHEMICAL<br>CORPORATION,<br><br>       Defendant. | )<br>)<br>)<br>)<br>)<br>)     **Civil No.: 6:12-cv-0546-Orl-28GJK**<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## STIPULATION FOR CONSENT JUDGMENT, FINAL ORDER, AND PERMANENT INJUNCTION

Subject to the approval of the Court, Plaintiffs Ecolab Inc. and Ecolab USA Inc.

("Ecolab") and Defendant International Chemical Corporation ("ICC"), by and through their

undersigned counsel, hereby enter into this written stipulation for consent judgment in the above-

captioned action.

The parties agree that execution by their respective counsel is sufficient to bind them and

that the parties themselves understand the terms of this stipulation and agree to the terms herein.

The parties agree that the Court may enter judgment without a hearing and without

further notice to the parties.

The parties hereby stipulate and agree and request that the Court enter judgment as

follows:

The Court has jurisdiction over the subject matter in this dispute and over Plaintiffs

Ecolab and Defendant ICC. Ecolab and ICC admit those allegations of the Complaint necessary

for the Court to find jurisdiction, venue, factual basis, and legal basis for entry of this Consent

1

Judgment, Final Order, and Permanent Injunction and for the enforceability of this Consent Judgment, Final Order, and Permanent Injunction.

## DEFINITIONS

The "old formulation of Fast Traxx (FT-100)" or "old formulation of FT-100" refers to the formulation encompassing DA-1618 and made, used, sold and offered for sale by ICC prior to July 31, 2012.

## PLAINTIFFS AND THEIR PATENT RIGHTS

Defendant does not dispute that Ecolab owns all right, title, and interest in the issued U.S. Patents set forth below:

| U.S. 5,182,035 | January 26, 1993 | ANTIMICROBIAL LUBRICANT COMPOSITION CONTAINING A DIAMINE ACETATE |
| U. S. 5,863,874 | January 26, 1999 | ALKYL ETHER AMINE CONVEYOR LUBRICANT |
| U.S. 5,932,526 | August 3, 1999 | ALKALINE ETHER AMINE CONVEYOR LUBRICANT |

These patents are collectively referred to as the Asserted Patents. Defendant does not dispute that Ecolab's Asserted Patents are valid and enforceable in all respects.

## ICC'S ACTS

ICC has offered for sale in interstate commerce conveyor lubricants having the product names Fast Traxx (or FT-100).

ICC began selling Fast Traxx (or FT-100) in 2004 after Ecolab filed for the Asserted Patents.

Ecolab, through its attorneys, filed the Complaint on April 10, 2012 ("Complaint") against ICC alleging that ICC infringed Ecolab's Asserted Patents.

Ecolab will be damaged by ICC's infringement of the Asserted Patents if ICC is not enjoined from the same.

2

## ORDER

It is therefore **ORDERED** and **ADJUDGED** that effective July 31, 2012 and continuing thereafter uninterrupted until the expiration of the last Asserted Patent:

(A)     Defendant ICC, together with its officers, directors, principals, agents, employees, successors, assigns, attorneys, and all those persons in active concert or participation therewith having notice of this Order are enjoined and restrained from (i) making, using, selling, offering for sale or importing into the U.S., (ii) knowingly permitting others to make, use, sell, offer for sale or import into the U.S., or (iii) continuing to sell product to any customer who is known to ICC to continue making, using, selling, offering for sale or importing into the U.S., after written notice to cease and desist, the old formulation of Fast Traxx (FT-100). Notwithstanding the above, ICC's distributors are permitted to sell their remaining inventory of the old formulation of FT-100 through August 15, 2012 and ICC's obligations under A(i), A(ii) and A(iii) above do not apply if the old formulation of FT-100 was sold by ICC on or before July 31, 2012 or sold by its distributors on or before August 15, 2012.

(B)     Defendant ICC, together with its officers, directors, principals, agents, employees, successors, assigns, attorneys, and all those persons in active concert or participation therewith having notice of this Order are responsible for compliance with the injunction set forth in paragraph (A) and shall make reasonable efforts to ensure compliance with the injunction by any customers.

It is further Ordered and Adjudged that this Order is effective immediately.

Neither Plaintiffs Ecolab Inc. and Ecolab USA Inc. nor Defendant International Chemical Corporation are required to compensate the other for any attorneys' fees and costs incurred in this Action.

3

Stipulated and Agreed to this 31st day of July, 2012.

ECOLAB INC. and ECOLAB USA INC.

By their attorneys,

/s/Brian R. Gilchrist
Brian R. Gilchrist, FL Bar #774065
bgilchrist@addmg.com
David W. Magana, FL Bar No. 41485
dmagana@addmg.com
ALLEN, DYER, DOPPELT
   MILBRATH & GILCHRIST, P.A.
255 South Orange Avenue, Suite 1401
Post Office Box 3791
Orlando, FL  32802-3791
Telephone:    (407) 841-2330
Facsimile:    (407) 841-2343

and

Rachel K. Zimmerman
MN Bar #314171
rzimmerman@merchangould.com
Anthony R. Zeuli, MN Bar #274884
tzeuli@merchantgould.com
MERCHANT & GOULD, P.C.
3200 IDS Center
80 South 8th Street
Minneapolis, MN  55402-2215

INTERNATIONAL CHEMICAL CORP.

By its attorneys,

/s/Robert L. Wolter
Robert L. Wolter, FL Bar # 906344
rwolter@iplawfl.com
BUESSE WOLTER SANKS
MORA & MAIRE, P.A.
390 North Orange Avenue, Suite 2500
Orlando, FL  32801
Telephone:   (407) 926-7706
Facsimile:  (407) 926-7720

SO ORDERED.  LET THE JUDGMENT BE ENTERED ACCORDINGLY.

DATED: 8/28/12

BY THE COURT:

Hon. John Antoon II
United States District Judge

4